IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HIRA EDUCATIONAL SERVICES OF AMERICA, | ) ) ) | |
| | ) | 18cv0486 |
| Plaintiff, | ) | **ELECTRONICALLY FILED** |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF NON-SUIT AND |
| TOWNSHIP OF SHENANGO ET AL., | ) | VOLUNTARY DISMISSAL |
| | ) | AS TO DEFENDANT |
| Defendants. | ) | TOPPER |
| | ) | |

## **NOTICE OF NON-SUIT AND VOLUNTARY DISMISSAL AS TO DEFENDANT TOPPER**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff HIRA Educational Services of North America, by and through undersigned counsel, hereby files this voluntary dismissal as to all causes of action asserted against Defendant Curt Topper in the above-referenced case. In requesting this, Plaintiff clarifies that it does <u>not</u> seek a voluntary dismissal of the causes of action against the other Defendants in this matter, unless specifically sought by subsequent notices of non-suit and voluntary dismissal as to any individual defendant.

Respectfully submitted on this the 9th day of July, 2018.

*/s/ Charles D. Swift*
*/s/ Christina A. Jump*
Charles D. Swift
Counsel for Plaintiff
Admitted *Pro Hac Vice*
TX State Bar No. 24091964
Christina A. Jump
Counsel for Plaintiff
Admitted *Pro Hac Vice*
TX State Bar No. 00795828
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
Tel: (972) 914-2507
Fax: (972) 692-7454
cswift@clcma.org
cjump@clcma.org

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was electronically filed and served upon all counsel of record through the Court's CM/ECF System on this the 9th day of July, 2018.

*/s/ Christina A. Jump*
Counsel for Plaintiff

2