# Louis M. Perrotta, P. C.
ATTORNEY AT LAW

229 SOUTH JEFFERSON STREET
NEW CASTLE, PENNSYLVANIA 16101
TELEPHONE (724) 658-9980   FAX (724) 658-9455
TELEPHONE (724) 656-5688
lou@louperrotta.com

May 10, 2021

*Via ECF*

The Honorable Marilyn J. Horan
U.S. Courthouse
8th Floor, Room 8170
700 Grant Street
Pittsburgh, PA 15219

**RE:   HIRA Educational Services of North America v. Augustine, et al.,
W.D. Pa. Civil Case No. 2:18-cv-00486-MJH**

Dear Judge Horan:

In accordance with the Court's order dated May 3, 2021, counsel for Defendants Augustine, Burick and Riley (the Supervisor Defendants) and counsel for Plaintiff conferred via telephone on Thursday May 6, 2021. The parties are unable to reach a resolution at this time. Counsel for the Plaintiff shall file a requested briefing schedule.

Counsel for the Plaintiff and counsel for the Supervisor Defendants have reviewed this letter and consent to its filing.

Please do not hesitate to contact me if you have any questions.

Respectfully submitted,

LOUIS M. PERROTTA, ESQUIRE

LMP/gwj

cc:   Christina Jump
      William Pentecost
      All Counsel of Record (via ECF)